**Electronically Filed**
**Supreme Court**
**SCWC-24-0000483**
**24-NOV-2025**
**07:44 AM**
**Dkt. 5 ODAC**

SCWC-24-0000483

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DENVER BREWER, also known as DENVER BUCHANAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000483; CASE NO. 1CPC-23-0000797)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Medeiros, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Denver Brewer, also known as

Denver Buchanan's application for writ of certiorari filed on

October 12, 2025, is rejected.

DATED: Honolulu, Hawaiʻi, November 24, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Dyan M. Medeiros

